McGREGOR W. SCOTT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: Steven.Tennyson2@usdoj.gov
Attorneys for Petitioner
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KRISTENSEN and SUSAN KRISTENSEN,<br><br>Defendants. | NO. 2:19-CV-2472-MCE-DB<br><br>**PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING AND ORDER**<br><br>Current Hearing Date:<br><br>Date: January 24, 2020<br>Time: 10:00 a.m.<br>Ctrm: 27, 8th Floor<br>Judge: Deborah Barnes<br><br>Requested Hearing Date:<br><br>Date: February 28, 2020<br>Time: 10:00 a.m.<br>Ctrm: 27, 8th Floor<br>Judge: Deborah Barnes |
|---|---|

Petitioner, the UNITED STATES OF AMERICA, hereby requests that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for January 24, 2020 at 10:00 a.m. in Courtroom 27 before the Honorable Deborah Barnes. In Support of this request, Petitioner states as follows:

1. As set forth in the attached declaration, the United States has diligently attempted to serve process on Respondents Kenneth Kristensen and Susan Kristensen (the "Kristensens"), since the entry of the Order to Show Cause.

REQUEST TO CONTINUE ORDER TO SHOW
CAUSE HEARING

1

2. Using IRS official records, Revenue Officer Brown has verified the Kristensens' probable address and then attempted to effectuate service on the Kristensens' at that address four times.

3. Additional time is needed in effectively serve the Kristensens and if necessary, move for leave to conduct service by alternative means.

4. A proposed Order is submitted herewith.

Dated: January 13, 2020

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

By:    */s/ Steven S. Tennyson*
STEVEN S. TENNYSON
Assistant U.S. Attorney

Attorneys for Petitioner
United States

**ORDER**

On December 16, 2019, the Court entered an Order to Show Case re Tax Summons Enforcement and scheduled a hearing for January 24, 2020. Petitioner, the United States, now seeks an extension of time to serve the summons on Respondents, Kenneth Kristensen and Susan Kristensen. As the United States has attempted to serve the Kristensens four times unsuccessfully, the Court finds good exist exists to continue the hearing. Accordingly, it is hereby ORDERD that:

1. Petitioner's Motion to Enforce Tax Summons is vacated from the Court's January 24, 2020 law and motion calendar and shall be placed on the Court's February 28, 2020 law and motion calendar.

DATED: January 15, 2020  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE