IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cv-2472 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| KENNETH KRISTENSEN and SUSAN KRISTENSEN, | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(9). On June 22, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that

1. The findings and recommendations filed June 22, 2020 (ECF No. 11) are ADOPTED in full;

2. The I.R.S. summonses served upon defendants Kenneth Kristensen and Susan Kristensen are hereby enforced;

1

     3.  Defendants are ordered to appear at the I.R.S. offices at 4830 Business Center Drive, Ste 250, Fairfield, California, before Revenue Officer Clifford Brown, Jr, or a designated representative, within 60 days of the date of this order, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed, unless compliance with the summonses is fully achieved prior to that date and time; and

     4.  The Court retains jurisdiction to enforce this order by its contempt power.

IT IS SO ORDERED.

DATED:  October 4, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE