PHILLIP A. TALBERT
Acting United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2798
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:19-CV-02472-MCE-DB |
|---|---|
| Petitioner, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| KENNETH KRISTENSEN AND SUSAN KRISTENSEN, | |
| Respondents. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Petitioner's notice, it is hereby ordered the above-referenced matter is dismissed without prejudice, with each party bearing its own costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 28, 2021

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE